| | |
|---|---|
| **From:** | Wanger, Christopher |
| **To:** | Agalelei Elkington; Mary Rose Feria |
| **Cc:** | Duffy, Michael (Michael.Duffy@bakermckenzie.com); Kelly, Laura; Terri Fujioka-Lilley; Rex Fujichaku (rfujichaku@bfrhawaii.com) |
| **Subject:** | RSMCFH, LLC v. FareHarbor Holdings, Inc. (D. Hawai'i Case No. 1:18-cv-00348-LEK-WRP) |
| **Date:** | Thursday, April 09, 2020 6:28:10 AM |

Dear Mr./Ms. Elkington and Ms. Feria:

The parties to the above-entitled action hereby advise the Court that they have reached an agreement in principle to resolve the above-referenced matter and jointly request that all current deadlines be stayed. The parties expect to have a stipulation of dismissal of the action on file within the next 30 days.

Respectfully submitted,

Chris

**Christopher Wanger**
Partner

**Manatt, Phelps & Phillips,** LLP
One Embarcadero Center
30th Floor
San Francisco, CA 94111
**D** (415) 291-7410 **F** (415) 291-7500 **C** (415) 672-0965
CWanger@manatt.com

**manatt.com**



CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.