BRONSTER FUJICHAKU ROBBINS
A Law Corporation
MARGERY S. BRONSTER        4750
REX Y. FUJICHAKU           7198
INIA M. YEVICH             10184
1003 Bishop Street, Suite 2300
Honolulu, HI 96813
Telephone: (808) 524-5644
Facsimile:  (808) 599-1881
E-mail:     mbronster@bfrhawaii.com
            rfujichaku@bfrhawaii.com
            iyevich@bfrhawaii.com

MANATT, PHELPS & PHILLIPS, LLP
CHRISTOPHER L. WANGER   CA 164751
(Admitted *Pro Hac Vice*)
ANA GUARDADO              CA 286732
(Admitted *Pro Hac Vice*)
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone:  (415) 291-7400
Facsimile:   (415) 291-7474
E-mail:     cwanger@manatt.com
            aguardado@manatt.com

Attorneys for Plaintiff,
RSMCFH, LLC, a Hawaiʻi limited liability company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| RSMCFH, LLC, a Hawaiʻi limited liability company, | CIVIL NO. 18-00348 LEK-WRP |
| Plaintiff, | |
| vs. | |
| FAREHARBOR HOLDINGS, INC., a Delaware Corporation, | |

Defendant.

## STIPULATION OF DISMISSAL OF ENTIRE ACTION

Plaintiff, RSMCFH, LLC, and Defendant, FareHarbor Holdings, Inc., by and through their undersigned counsel of record, hereby stipulate that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii) and LR41-1. No fees or costs are sought to be awarded, no claims remain following this dismissal  and all parties who have appeared are signatories to this stipulation.

**IT IS SO STIPULATED.**

DATED:  Honolulu, Hawaiʻi, April 27, 2020.

 /s/ Rex Y. Fujichaku
MARGERY S. BRONSTER
REX Y. FUJICHAKU
INIA M. YEVICH
Attorneys for Plaintiff
RSMCFH, LLC

DATED: Honolulu, Hawaiʻi, April 27, 2020.

　　　　　　　　　　　　/s/ Terri L. Fujioka-Lilley
　　　　　　　　　　　　Terri L. Fujioka-Lilley
　　　　　　　　　　　　BRASWELL FUJIOKA-LILLEY LLP
　　　　　　　　　　　　75-127 Lunapule Rd., Suite 8B
　　　　　　　　　　　　Kailua Kona, HI 96740-2119
　　　　　　　　　　　　Tel.: (808) 345-7662
　　　　　　　　　　　　terri@bflwlaw.com

　　　　　　　　　　　　Michael A. Duffy (admitted pro hac
　　　　　　　　　　　　vice)
　　　　　　　　　　　　Laura A. Kelly (admitted pro hac
　　　　　　　　　　　　vice)
　　　　　　　　　　　　BAKER & MCKENZIE LLP
　　　　　　　　　　　　300 E. Randolph St., Suite 5000
　　　　　　　　　　　　Chicago,
　　　　　　　　　　　　IL 60601
　　　　　　　　　　　　Tel.: (312) 861-8835
　　　　　　　　　　　　Fax: (312) 698-2681
　　　　　　　　　　　　Michael.Duffy@bakermckenzie.com
　　　　　　　　　　　　Laura.Kelly@bakermckenzie.com

　　　　　　　　　　　　*Counsel for FareHarbor Holdings, Inc.*

## APPROVED AS TO FORM

Based on the foregoing stipulation, the above-captioned action

is dismissed with prejudice pursuant to Federal Rule of Civil

Procedure Rule 41(a)(1)(A)(ii) and LR41-1.

**Dated:** Honolulu, Hawaiʻi, April 27, 2020.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

STPULATION OF DISMISSAL
F.R.C.P. RULE 41(a)(1)(A)(ii)